**Electronically Filed**
**Supreme Court**
**SCWC-21-0000097**
**27-APR-2026**
**08:10 AM**
**Dkt. 21 ODMR**

SCWC-21-0000097

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NAHO YAMAGUCHI,
Respondent/Plaintiff-Appellant,

vs.

TITLE GUARANTY ESCROW SERVICES, INC., a Hawaiʻi corporation,
Petitioner/Defendant/Cross-claimant/
Third-Party Plaintiff-Appellee,

and

MARTELL CAPITAL GROUP, LLC doing business as IRONGATE;
THE BLACKSTONE GROUP, L.P., a Delaware Limited Partnership,
Respondents/Defendants/Cross-claim Defendants-Appellees,

and

PACREP LLC, a Delaware limited liability company,
Respondent/Third-Party Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000097; CASE NO. 1CC181000539)

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Johnson, assigned by reason of vacancy)

Upon consideration of Naho Yamaguchi's motion for reconsideration of the opinion filed on March 20, 2026, Title Guaranty's response to the motion, and the record herein,

It is ordered that the motion is denied.

DATED:  Honolulu, Hawaiʻi, April 27, 2026.

/s/ Sabrina S. Mckenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Ronald G. Johnson

